UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| V. | : | CRIMINAL NO. 3:06CR00317(SRU) |
| LUIS MOJICA | : | |

**ORDER FOR PRODUCTION OF RECORDS**

**WHEREAS** the defendant Luis Mojica, has pled guilty to a violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)111(a)(1), and is awaiting sentencing; and

**WHEREAS** this Court is aware that he was convicted in Superior Court GA02, Bridgeport, Connecticut as a Youthful Offender in Dkt. No. CR99-0155433, which case was disposed of on November 28, 2001, and this Court requires more information than is otherwise available in order to address the sentencing purposes, pursuant to 18 U.S.C. § 3553(a), it is hereby

ORDERED that the Connecticut Superior Court and/or State Probation Office provide any and all records pertaining to Dkt. No. CR99-0155433 to the United States Probation Office to assist this Court in imposing sentencing in this case.

So ordered this 26th day of October 2007 at Bridgeport, Connecticut.

                                            /s/ Stefan R. Underhill
                                                Stefan R. Underhill
                                                United States District Judge